CLOSED

MISC 05 0076

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10255-MEL

United States of America v. Marathon Investment Partners, LP
Assigned to: Judge Morris E. Lasker
Cause: 28:1345 Default of Promissory Note

Date Filed: 02/09/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America** represented by **Arlene M. Embrey**
U.S. Small Business Administration
409 3rd Street, SW
7th Floor
Washington, DC 20416
202-205-6976
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher R. Donato**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3303
Fax: 617-748-3972
Email: chris.donato@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marathon Investment Partners, LP** represented by **Charles R. Bennett, Jr.**
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107
617-423-0400
Fax: 617-423-0498
Email: bankruptcy@hanify.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

(1)

**Theodore J. Folkman**
Hanify & King
One Beacon Street
Boston, MA 02108-3107
617-423-0400
Fax: 617-423-0498
Email: tjf@hanify.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2005 | 1 | COMPLAINT against Marathon Investment Partners, LP , filed by United States of America.(Howarth, George) (Entered: 02/14/2005) |
| 02/09/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Howarth, George) (Entered: 02/14/2005) |
| 02/09/2005 | | Summons Issued as to Marathon Investment Partners, LP. (Howarth, George) (Entered: 02/14/2005) |
| 02/15/2005 | 2 | MOTION for Permanent Injunction *and Appointment of Receiver* by United States of America.(Donato, Christopher) (Entered: 02/15/2005) |
| 02/15/2005 | 3 | MEMORANDUM in Support re 2 MOTION for Permanent Injunction *and Appointment of Receiver* filed by United States of America. (Attachments: # 1 Text of Proposed Order)(Donato, Christopher) (Entered: 02/15/2005) |
| 02/23/2005 | 6 | US Marshal Process Receipt and Return for Complaint for Money Judgment. Charles R. Bennett served. Delivered on 2/10/05 (Bell, Marie) (Entered: 03/04/2005) |
| 02/24/2005 | 4 | STIPULATION *for Extention of Time* by United States of America, Marathon Investment Partners, LP. (Folkman, Theodore) (Entered: 02/24/2005) |
| 02/24/2005 | 5 | NOTICE of Appearance by Theodore J. Folkman on behalf of Marathon Investment Partners, LP (Folkman, Theodore) (Entered: 02/24/2005) |
| 03/14/2005 | 7 | ANSWER to Complaint by Marathon Investment Partners, LP.(Folkman, Theodore) (Entered: 03/14/2005) |
| 03/14/2005 | 8 | MEMORANDUM in Opposition re 2 MOTION for Permanent Injunction *and Appointment of Receiver* filed by Marathon Investment Partners, LP. (Attachments: # 1 Exhibit)(Folkman, Theodore) (Entered: 03/14/2005) |
| 03/14/2005 | 9 | DECLARATION *of Clifford J. Lusso* by Marathon Investment Partners, LP. (Folkman, Theodore) (Entered: 03/14/2005) |
| 03/14/2005 | 10 | DECLARATION *of Thomas F. Lee* by Marathon Investment Partners, LP. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 |

| | | |
|---|---|---|
| | | Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit) (Folkman, Theodore) (Entered: 03/14/2005) |
| 03/16/2005 | 11 | NOTICE of Appearance by Christopher R. Donato on behalf of United States of America (Donato, Christopher) (Entered: 03/16/2005) |
| 03/17/2005 | | NOTICE of Hearing on Motion 2 MOTION for Permanent Injunction *and Appointment of Receiver*: Motion Hearing set for 4/12/2005 02:30 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 03/17/2005) |
| 04/01/2005 | 12 | MOTION for Judgment on the Pleadings *and Motion to Strike Affirmative Defenses* by United States of America.(Donato, Christopher) (Entered: 04/01/2005) |
| 04/01/2005 | 13 | MEMORANDUM in Support re 12 MOTION for Judgment on the Pleadings *and Motion to Strike Affirmative Defenses* filed by United States of America. (Attachments: # 1 Text of Proposed Order Order Granting the Plaintiff's Motion to Strike Affirmative Defenses and for Entry of Judgment on the Pleadings)(Donato, Christopher) (Entered: 04/01/2005) |
| 04/12/2005 | | Clerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 4/12/2005 re 2 MOTION for Permanent Injunction *and Appointment of Receiver* filed by United States of America, Arguments; Motion taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 04/14/2005) |
| 04/14/2005 | 14 | MEMORANDUM in Opposition re 12 MOTION for Judgment on the Pleadings *and Motion to Strike Affirmative Defenses* filed by Marathon Investment Partners, LP. (Folkman, Theodore) (Entered: 04/14/2005) |
| 04/28/2005 | | Clerk's Notes for proceedings held before Judge Morris E. Lasker : Telephone Conference held on 4/28/2005.In relation to defendant Marathon's letter of April 25, 2005. The Court request that marathon submit a commentary on whether Marathon is agreeable to the terms laid out in the SBA's proposed order filed on 2/15/05 (see doc 3 3 attachment #1). Marathan will submit comments by May 5, 2005c (Court Reporter none.) (Howarth, George) (Entered: 04/29/2005) |
| 05/05/2005 | 15 | Proposed Document(s) submitted by Marathon Investment Partners, LP. Document received: Response to Request for Proposed Order with Proposed Order Attached. (Bennett, Charles) (Entered: 05/05/2005) |
| 05/16/2005 | 16 | REPLY to Response to Motion re 12 MOTION for Judgment on the Pleadings *and Motion to Strike Affirmative Defenses* filed by United States of America. (Donato, Christopher) (Entered: 05/16/2005) |
| 05/23/2005 | | Judge Morris E. Lasker : ORDER entered denied as moot in light of decession and injuntion this date 12 Motion to Strike Affirmative Defenses and for Entry ofJudgment on the Pleadings. (Howarth, George) (Entered: 05/26/2005) |
| 05/23/2005 | 17 | Judge Morris E. Lasker : MEMORANDUM AND ORDER entered |

| | | |
|---|---|---|
| | | granting 2 Motion for Permanent Injunction and Appointing a receiver of Marathon. For Full Text See Docket No.[17}. (Howarth, George) Modified on 5/26/2005 (Howarth, George). (Entered: 05/26/2005) |
| 05/23/2005 | 18 | Judge Morris E. Lasker : ORDER entered. re 2 MOTION for Permanent Injunction *and Appointment of Receiver* filed by United States of America,>.SBA is herey appointed receiver of Marathon.The United States Small Business Administration is further entitled to a judgment in the total sum of $15,354,725.58.For Full Text See Docket No.18. (Howarth, George) (Entered: 05/26/2005) |
| 05/26/2005 | 19 | Judge Morris E. Lasker : ORDER entered. JUDGMENT in favor of United States of America against Marathon Investment Partners,LP (Howarth, George) (Entered: 05/27/2005) |